No. 371, Misc. CHESSMAN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Peti-

tioner *pro se*. *Edmund G. Brown*, Attorney General of California, and *Frank W. Richards*, Deputy Attorney General, for respondents.